JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ELLIOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01804-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING RESPONSE TO PLAINTIFF'S MOTION TO <u>WITHDRAW ADMISSIONS</u>**<br><br>**[FIRST REQUEST]** |

**WHEREAS** Plaintiff MICHELLE ELLIOTT (hereinafter "Plaintiff"), by and through her counsel of record, the law firm of JENNINGS & FULTON, LTD., filed her Motion to Withdraw Admissions on May 2, 2024 (*see* ECF No. 15);

**WHEREAS** Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through its counsel of record, the law firm of COOPER LEVENSON, P.A., is required to file its Response to Plaintiff's Motion to Withdraw Admissions no later than May 16, 2024;

**WHEREAS** Plaintiff and SMITH'S (collectively, the "Parties"), by and through their respective counsel of record, have begun and continue to engage in settlement discussions to avoid further litigation; and

**WHEREAS** the Parties seek to avoid additional motion practice if settlement can be reached:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, by

NG-C2N3CBX6 4863-5703-9038.1

and through their respective counsel of record, that the date for SMITH'S to file its Response to Plaintiff's Motion to Withdraw Admissions be extended by fourteen (14) days, to May 30, 2024.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 13th day of May, 2024.<br>**JENNINGS & FULTON, LTD.** | DATED this 13th day of May, 2024.<br>**COOPER LEVENSON, P.A.** |
| /s/ Logan G. Willson | /s/ Pooja Kumar |
| ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>LOGAN G. WILLSON, ESQ.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>(702) 979-3565<br>*Attorneys for Plaintiff*<br>*Michelle Elliott* | JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>*Attorneys for Defendant*<br>*Smith's Food & Drug Centers, Inc.* |

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 13, 2024