JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE ELLIOTT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01804-CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR FILING RESPONSE TO PLAINTIFF'S MOTION TO WITHDRAW ADMISSIONS**<br><br>**[SECOND REQUEST]** |

**WHEREAS** Plaintiff MICHELLE ELLIOTT (hereinafter "Plaintiff"), by and through her counsel of record, the law firm of JENNINGS & FULTON, LTD., filed her Motion to Withdraw Admissions on May 2, 2024 (*see* ECF No. 15);

**WHEREAS** the Parties filed, and this Court signed and Ordered, a stipulation to extend the deadline for Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S") to respond to Plaintiff's Motion to May 30, 2024 (*see* ECF No. 19);

**WHEREAS** SMITH'S, by and through its counsel of record, the law firm of COOPER LEVENSON, P.A., is required to file its Response to Plaintiff's Motion to Withdraw Admissions no later than May 30, 2024;

**WHEREAS** Plaintiff and SMITH'S (collectively, the "Parties"), by and through their respective counsel of record, have begun and continue to engage in settlement discussions to avoid further litigation;

NG-C2N3CBX6 4872-7332-7299.1

**WHEREAS** the Parties are awaiting a final response from Plaintiff regarding these settlement discussions;

**WHEREAS** the Parties seek to avoid additional motion practice if settlement can be reached; and

**WHEREAS** this is the Second such Stipulation entered into the Parties and presented to this Court:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and SMITH'S, by and through their respective counsel of record, that the date for SMITH'S to file its Response to Plaintiff's Motion to Withdraw Admissions be extended by fourteen (14) days, to June 13, 2024.

**IT IS SO STIPULATED.**

DATED this 30th day of May, 2024.

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson*
_____
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
(702) 979-3565
*Attorneys for Plaintiff*
*Michelle Elliott*

DATED this 30th day of May, 2024.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*
_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
*Attorneys for Defendant*
*Smith's Food & Drug Centers, Inc.*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: May 30, 2024

2

NG-C2N3CBX6 4872-7332-7299.1