```
 1  JERRY S. BUSBY
    Nevada Bar #001107
 2  POOJA KUMAR
    Nevada Bar #012988
 3  COOPER LEVENSON, P.A.
    3016 West Charleston Boulevard - #195
 4  Las Vegas, Nevada  89102
     (702) 366-1125
 5  FAX:  (702) 366-1857
    jbusby@cooperlevenson.com
 6  pkumar@cooperlevenson.com
    Attorneys for Defendant
 7  SMITH'S FOOD & DRUG CENTERS, INC.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE ELLIOTT, an individual, | Case No. 2:23-cv-01804-CDS-EJY |
| Plaintiff | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SMITH'S FOOD & DRUG CENTERS, INC. dba SMITH'S, | |
| Defendant | |

WHEREAS, the parties and their counsel have agreed upon a full and final settlement of all claims at issue in this case;

IT IS HEREBY STIPULATED AND AGREED by and between LOGAN G. WILLSON, ESQ. of the law firm JENNINGS & FULTON, LTD., Attorneys for Plaintiff MICHELLE ELLIOTT and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., as follows:

1.  That all claims herein of Plaintiff MICHELLE ELLIOTT against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

NG-C2N3CBX6 4861-7695-5846.1

2. That the Court vacate any deadlines of filing dates on the Court's docket.

Respectfully submitted this 24th day of June, 2024.

| JENNINGS & FULTON, LTD. | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Logan G. Willson | /s/ Jerry S. Busby |
| Logan G. Willson, Esq. | Jerry S. Busby, Esq. |
| Nevada Bar No. 14967 | Nevada Bar No. 1107 |
| 2580 Sorrel Street | 3016 West Charleston Boulevard, #195 |
| Las Vegas, NV 89146 | Las Vegas, NV 89102 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MICHELLE ELLIOTT | SMITH'S FOOD & DRUG CENTERS, INC. |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 25, 2024